HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. MORSE, | Civil No. 1:08-cv-01521 OWW DLB |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Friday, June 19, 2009 in which to serve a Confidential Letter on Respondent. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has pending before various district courts and court of appeals that also require briefing around this time.

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 20, 2009                    */s/THEOPHOUS H. REAGANS*
                                       THEOPHOUS H. REAGANS
                                       Special Assistant U.S. Attorney


Dated: May 20, 2009                    */s/HARVEY P. SACKETT*
                                       HARVEY P. SACKETT
                                       Attorney for Plaintiff
                                       RICHARD E. MORSE

IT IS SO ORDERED.


Dated:      May 20, 2009                     /s/ Dennis L. Beck
                                       HON. DENNIS L. BECK
                                       United States Magistrate Judge

2

STIPULATION AND PROPOSED ORDER