HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD E. MORSE, | ) No.: 1:08-cv-01521-OWW-DLB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

LAWRENCE G. BROWN
Acting United States Attorney

Dated: June 17, 2009                    */s/THEOPHOUS H. REAGANS*
                                        THEOPHOUS H. REAGANS
                                        Special Assistant U.S. Attorney


Dated: June 19, 2009                    */s/HARVEY P. SACKETT*
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        RICHARD E. MORSE

IT IS SO ORDERED.


Dated: 6/19/2009                        /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER